■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE L. DERRICK, Appellant.— Motion granted to the extent of amending the remittitur to recite the following: "Upon the appeal herein there was presented, and necessarily passed upon, a question under the Constitution of the United States, viz.: appellant contended that his rights under the Fourteenth Amendment were violated. This court held that there was no violation of appellant's

rights." Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.